IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                Plaintiff,                    ORDER

v.

                                  Case No. 15-cr-48

URI FRIED,

                Defendant.

The defendant in the above-entitled case has been:

[x] convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the U.S. State Department.

The State Department is not to reissue a passport without approval of U.S. Probation while the defendant remains on supervision.

[ ] convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the ICE Regional Office in Milwaukee, Wisconsin.

[ ] acquitted of the charge against him and/or the charge against him has been dismissed. Therefore, it is directed that the passport be returned to the defendant or his authorized representative.

[ ] Defendant is deceased. Therefore, it is directed that the passport be returned to the State Department.

Signed this 26th day of January, 2016.

BY THE COURT:

/s/ Stephen L. Crocker

STEPHEN L. CROCKER
Magistrate Judge